IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SHERRY TOMEY, Guardian of the
Estate of Novalene Kent, a minor                                                             PLAINTIFF

v.                                    Case No. 2:19CV-00139 - JM

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                                          DEFENDANT

## MOTION TO CERTIFY QUESTION OF LAW
## TO THE ARKANSAS SUPREME COURT

For her Motion to Certify Question of Law to the Arkansas Supreme Court, Plaintiff states as follows:

1.  Pending is Plaintiff's Motion for Summary Judgment and Farm Bureau's Cross-Motion for Summary Judgment.

2.  The parties agree on all material facts.

3.  Both parties seek a proper and just outcome that comports with Arkansas law.

4.  The parties further agree that the legal question to be answered here is simple – does the State of Arkansas recognize an exception to the parental-immunity doctrine under these facts, when there is a direct, breach of contract action against an insurer for underinsured motorist benefits?

5.  The Supreme Court may, in its discretion, answer questions of law certified to it by order of a federal court of the United States if there are involved in any proceeding before it questions of Arkansas law which may be determinative of the cause then pending in the certifying court and as to which it appears to the certifying court there is no controlling precedent in the decisions of the Supreme Court. Ark. R. S. Ct. 6-8(a)(1).

6. This rule may be invoked upon motion of a federal court of the United States or upon motion of any party to the cause pending before the court. Ark. R. S. Ct. 6-8(b).

7. The question before the Court is a matter of Arkansas law and will be determinative of Plaintiff's breach of contract claim.

8. It may appear to the Court that there is no controlling precedent in the decisions of the Supreme Court.

9. The Supreme Court will accept certification of a question of Arkansas law only where all facts material to the question of law to be determined are undisputed, and there are special and important reasons therefor. *Longview Production Co. v. Dubberly*, 352 Ark. 207, 210, 99 S.W.3d 427, 429 (2003).

10. This question is of significant public importance because the precise parameters of the parental-immunity doctrine with respect to the facts at bar must be set forth in Arkansas case law before they can be understood by parents and their children.

11. The legal community will likewise benefit from the guidance this case will provide, thereby resulting in proper and just, prelitigation outcomes and the elimination of further litigation on the issue.

12. Plaintiff respectfully submits that the Arkansas Supreme Court will accept certification of this question, thereby resolving this breach of contract issue.

13. In the alternative to summary judgment in either party's favor, therefore, Plaintiff respectfully requests that the Court certify this question to the Arkansas Supreme Court.

WHEREFORE, Plaintiff prays that the Court grant her Motion to Certify Question to the Arkansas Supreme Court in the alternative to summary judgment in either party's favor; hold a hearing on this matter should the Court deem it beneficial; and for all other relief deemed equitable

and just.

                                        Respectfully submitted,

                                        Tim Reed
                                        Bar Number 2012210
                                        Attorney for Plaintiff
                                        Reed Firm, P.A.
                                        400 W. Capitol Ave., Ste. 1700
                                        Little Rock, Arkansas 72201
                                        Telephone: 501-400-7919
                                        Email: tim@reedfirmpa.com

<b><u>CERTIFICATE OF SERVICE</u></b>

      I hereby certify that I filed a copy of the foregoing via the Court's CM/ECF filing system on this 21st day of February 2020, which shall provide service and notice to the following counsel:

Mr. Andy Turner
Mr. Kaleb Jones
Turner Law Firm, P.A.
P.O. Box 1225
Cabot, Arkansas 72023

                                        /s/ *Tim Reed*
                                        Tim Reed