IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHERRY TOMEY, Guardian of the**
**Estate of Novalene Kent, a minor**                                                              **PLAINTIFF**

V.                                    CASE NO. 2:19CV00139 JM

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY;**
**REGINA MOBLEY; and JOHN DOES 1-5**                                              **DEFENDANTS**

## ORDER

Pending is the Plaintiff's motion to dismiss. (Docket # 104). For good cause shown, the motion is GRANTED. This case is hereby dismissed with prejudice. The clerk is directed to close the case.

IT IS SO ORDERED, this 7th day of April, 2022.

_____
James M. Moody
United States District Judge